NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NIPPON TELEGRAPH AND TELEPHONE CORPORATION,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-2101

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01607.

---

**JUDGMENT**

---

MICHAEL DAVID SAUNDERS, Dickinson Wright PLLC, Austin, TX, argued for appellant. Also represented by STEVEN R. DANIELS.

OMAR FAROOQ AMIN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by PETER J. AYERS, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2023
Date

Jarrett B. Perlow
Clerk of Court